FILED
CLERK, U.S. DISTRICT COURT
DEC -7 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL BROWN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>THE STATE BAR OF CALIFORNIA, et al.,<br><br>　　　　Respondents. | NO. CV 12-9999-GHK(E)<br><br><br>JUDGMENT |

Pursuant to the "Order Denying and Dismissing Petition Without Prejudice," the Petition is denied and dismissed without prejudice.

DATED: _____  12/7/12

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE